**Joseph OPFER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47704.**

Missouri Court of Appeals,
Western District.

Nov. 23, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 postconviction motion.

Judgment affirmed. Rule 84.16(b).